AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

CARMEN FIGUEROA

## WARRANT FOR ARREST

CASE NUMBER: 04M-1038-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CARMEN FIGUEROA__
                                      Name

and bring ~~him or~~ her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging ~~him or~~ her with (brief description of offense)
unlawfully, knowingly, and intentionally conspired with each other, and others known and unknown, to possess, and to possess with intent to distribute, cocaine, a Schedule II controlled substance.

in violation of Title __21__ United States Code, Section(s) __841 and 846__

Judith G. Dein
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

03-16-2004    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/17/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Carmen Figueroa

ALIAS: _____

LAST KNOWN RESIDENCE: 90 Sandwich Road, Bourne, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): 00-00-1979

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1772

HEIGHT: 5'1"     WEIGHT: _____

SEX: Female     RACE: _____

HAIR: Brown     EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____